NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3055

JENNIFER C. BYNUM,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in case no. DC0752090322-I-1.

ON MOTION

## O R D E R

The court treats the informal brief filed by the petitioner as a motion for leave to file the brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

FEB 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jennifer C. Byum
       Kenneth S. Kessler, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2010

JAN HORBALY
CLERK